THE PEOPLE OF THE STATE OF NEW YORK ex rel. MARIA STENSTROM, as Administratrix of the Estate of EDWARD S. STENSTROM, Deceased, Respondent, *v.* CHARLES A. HARNETT, Commissioner of the Bureau of Motor Vehicles of the State of New York, Appellant.

(Argued November 19, 1928; decided December 4, 1928.)

*Albert Ottinger, Attorney-General (John H. Machan* of counsel), for appellant.

*Charles D. Lewis, John A. Goodwin* and *Thomas J. O'Neill* for respondent.

 no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.